AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reyes, Jr., Ramon E. | United States District Court, EDNY | 08/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Disstrict Court, EDNY
225 Cadman Plaza East, Rm. 1217S
Brooklyn, New York 11201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Brooklyn Law School |
| 2. | Director | Federal Bar Association, Eastern District of New York Chapter |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. monthly | payment from family member on note and mortgage held on family member's rental property | $1,250.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | New York State Attorney General's Office, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Vacant lot, Marion County, FL | | None | J | W | | | | | |
| 2. USAA S&P 500, Roth IRA (self) | A | Dividend | J | T | | | | | |
| 3. USAA S&P 500, Roth Conversion IRA (self) | A | Dividend | K | T | | | | | |
| 4. American Funds, New Perspectives | B | Dividend | K | T | | | | | |
| 5. USAA S&P 500, Roth IRA | A | Dividend | J | T | | | | | |
| 6. USAA Growth & Income, Conversion IRA | A | Dividend | K | T | | | | | |
| 7. USAA Savings Accounts | A | Interest | J | T | | | | | |
| 8. USAA Checking Accounts | A | Interest | J | T | | | | | |
| 9. USAA Savings Account | A | Interest | J | T | | | | | |
| 10. USAA Checking Account | A | Interest | M | T | | | | | |
| 11. USAA Checking Account | A | Interest | J | T | | | | | |
| 12. Chase Bank Savings Account | A | Interest | N | T | Open | 12/15/20 | N | | |
| 13. New York College Savings Program, 529 Plan (1) - age based | D | Interest | K | T | Redeemed (part) | 01/02/20 | J | B | |
| 14. | | | | | Redeemed (part) | 02/03/20 | J | B | |
| 15. | | | | | Redeemed (part) | 05/29/20 | J | B | |
| 16. | | | | | Redeemed (part) | 06/23/20 | J | B | |
| 17. | | | | | Redeemed (part) | 08/27/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 09/28/20 | J | B | |
| 19. | | | | | Redeemed (part) | 10/27/20 | J | B | |
| 20. | | | | | Redeemed (part) | 11/30/20 | J | B | |
| 21. New York College Savings Program, 529 Plan (2), age-based | E | Interest | M | T | Redeemed (part) | 06/22/20 | J | B | |
| 22. | | | | | Redeemed (part) | 08/03/20 | J | B | |
| 23. | | | | | Redeemed (part) | 08/27/20 | J | B | |
| 24. | | | | | Redeemed (part) | 09/28/20 | J | B | |
| 25. | | | | | Redeemed (part) | 10/27/20 | J | B | |
| 26. Fundrise REIT, incl. lines 25-38 below | A | Dividend | J | T | | | | | |
| 27. East Coast eREIT | A | Dividend | J | T | | | | | |
| 28. Heartland eREIT | A | Dividend | J | T | | | | | |
| 29. West Coast eREIT | A | Dividend | J | T | | | | | |
| 30. Income eREIT | A | Dividend | J | T | | | | | |
| 31. Income eREIT 2019 | A | Dividend | J | T | | | | | |
| 32. Development eREIT | A | Dividend | J | T | | | | | |
| 33. Growth eREIT | A | Dividend | J | T | | | | | |
| 34. Income eREIT II | A | Dividend | J | T | Buy | 01/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Income eREIT V | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 36. | Growth eREIT II | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 37. | Growth eREIT V | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 38. | Growth eREIT VI | A | Dividend | J | T | Buy | 01/04/20 | J | | |
| 39. | Balanced eREIT | A | Dividend | J | T | Buy | 04/10/20 | J | | |
| 40. | eREIT XIV | A | Dividend | J | T | Buy | 10/09/20 | J | | |
| 41. | USAA Whole Life Policy (self) | A | Interest | K | T | | | | | |
| 42. | USAA - Brokerage S/D IRA rollover, incl. lines 43-64 below | B | Dividend | | | Closed | 05/15/20 | K | A | |
| 43. | USAA Money Market (USAXX) Y | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 44. | USAA Treasury Market (UATXX) Y | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 45. | American Beacon Intl Equity Y Class (ABEYX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 46. | Delaware Value Fund Institutional (DDVIX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 47. | First Eagle Overseas Class I (SGOIX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 48. | Harding Loevner Intl Equity Port Institutional (HLMIX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 49. | Hartford Schroders Emrg Mrkts Eqty Cl 1 (SEMNX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 50. | Heartland Value Plus Institutional (HNVIX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 51. | Hotchkis & Wiley Small Cap Value (HWSIX) | A | Dividend | | | Sold | 05/15/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Lazard Emerging Mrkts EQ Blend Institutional (EMBIX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 53. Lazard Intl Strategy Equity Port Intl (LISIX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 54. LXCM SMID Cap Equity Fund International (LXSMK) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 55. MFS Growth Fund Class I (MFEIX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 56. USAA Managed Allocation Fund Retail (UMAFX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 57. USAA Precious Metals and Minerals Retail (USAGX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 58. Baird Core Plus Bond Institutional (BCOIX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 59. TCW Emerging Mkts Income (TGEIX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 60. USAA High Income Fund Retail (USHYX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 61. USAA Income Fund Retail (USAIX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 62. USAA Short Term Bond Fund Retail (USSBX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 63. Voya Intermediate Bond Class W (IIBWX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 64. USAA Real Return Fund Retail (USRRX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 65. Schwab -- Brokerage S/D IRA rollover, incl. lines 66-84 below | A | Dividend | L | T | Open | 05/15/20 | K | | |
| 66. Schwab Value Advantage (SWVXX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 67. Baird Core Plus BD Inst (BCOIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 68. TCW Emrg Mkts Incm Fd Cl (TGEIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | USAA Hig Income Fd (USHYX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 70. | USAA Income Fund (USAIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 71. | USAA Short Term Bond (USSBX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 72. | Voya Intermediate Bond (IIBWX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 73. | American Beacon Intl Equity (ABEYX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 74. | Delaware Value Cl Inst (DDVIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 75. | First Eagle Overseas Fund (SGOIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 76. | Harding Loevner Intl Equity (HLMIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 77. | Hartford Schroeders Emrg Mkts Equity (SEMNX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 78. | Heartland Value Plus Fund Inst Shrs (HNVIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 79. | Hotchkiss & Wiley Small Cap Value Cl 1 (EMBIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 80. | Lazard Emrg Mkts Eqty Blend Port Inst (LISIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 81. | LKCM Small Mid Cap Eqty Fund Intr (LKSMX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 82. | MFS Growth Fund Cl 1 (MFEIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 83. | USAA Managed Allocation Fund (UMAFX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 84. | USAA Precious Metals and Minerals Fund (USAGX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 85. | USAA Federal Savings Bank Roth BDA, incl. 42-59 below | A | Dividend | | | Closed | 05/15/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | American Beacon AHL MNDG Futrs Str Inst | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 87. | AQR Small Cap Multi Style FD CL R6 | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 88. | AQR Style Premia Alternative FD CL R6 | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 89. | Delaware Value Fund Institutional | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 90. | Harding Loevner Intl Equity Port Instl | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 91. | Hartford Schorders Emrg Mrkts Equity Cl 1 | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 92. | MFS Growth Fund Cl I (MFEIX) | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 93. | USAA Managed Allocation FD Retail | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 94. | Victory Sycamore Established Value I | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 95. | Baird Core Plus Bond Institutional | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 96. | TCW Emerging Mkts Income CL I | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 97. | USAA High Income Fund Retail | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 98. | USAA Income Fund Retail | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 99. | USAA Short Term Bond Fund Retail | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 100. | Voya Intermediate Bond Class W | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 101. | Schwab -- Brokerage S/D IRA rollover, incl. lines 102-119 below | A | Dividend | L | T | Open | 05/15/20 | K | | |
| 102. | Baird Core Plus Bd Inst (BCOIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. TCW Emrg Mkts Income Fund Cl 1 (TGEIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 104. USAA High Income Fund (USHYX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 105. USAA Income Fund (USAIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 106. USAA Short Term Bond Fund (USSBX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 107. Voya Intermediate Bond W (IIBWX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 108. American Beacon AJL MDG Futures Strat R5 (AHLIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 109. American Beacon Intl Eqty Y (ABEYX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 110. AQR Small Cap Multistyle R6 (QSERX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 111. AQR Style Premia Alt Fund Cl R6 (QSPRX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 112. Delaware Value Cl Inst (DDVIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 113. Harding Loevner Intl Eqty Port Inst (HLMIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 114. Hartford Schroders Emrg Mkts Eqty Fund (SEMNX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 115. Lazard Emrg Mkts eqty Blend Port Inst (EMBIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 116. Lazard Intl Strategic Equity Port Inst. Cl (LISIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 117. MFS Growth Fund Cl 1 (MFEIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 118. USAA Managed Allocation Fund (UMAFX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 119. Victory Sycamore Established Value I (VEVIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Prudential, Legal Services NYC 403(b) Plan, incl. 121-130 below | D | Dividend | O | T | | | | | |
| 121. Guaranteed Income Fund | B | Dividend | L | T | | | | | |
| 122. iSh US Aggregate Bond Idx K | A | Dividend | K | T | | | | | |
| 123. PGIM Total Return Bond R6 | A | Dividend | K | T | | | | | |
| 124. Vanguard LifeStrategy Moderate Growth Fund | B | Dividend | L | T | | | | | |
| 125. Janus Henderson Enterprise N | B | Dividend | K | T | | | | | |
| 126. MFS Mid Cap Value R5 | A | Dividend | K | T | | | | | |
| 127. American Beacon SC Value Inst. | A | Dividend | K | T | | | | | |
| 128. American Funds New Perspectives | A | Dividend | K | T | | | | | |
| 129. Oppenheimer International Growth I | A | Dividend | J | T | | | | | |
| 130. iShares MSCI EAFE Int'l Idx K | A | Dividend | K | T | | | | | |
| 131. TIAA Lifcycle 2030 | A | Interest | K | T | Open | 10/01/20 | K | | |
| 132. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Reyes, Jr., Ramon E.** | 08/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 26-33, were acquired in 2019 but were not previously reported due to inadvertent error. Additional purchases and dividends received in 2020 are noted on lines 34-40.

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/14/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ramon E. Reyes, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544